TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (Cal. Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: (310) 887-1440
Facsimile: (310) 496-1420

Attorneys for Plaintiff
BARBARA A. CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, et al.,<br><br>Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Declaration of Alexander B. Trueblood filed concurrently]<br><br>Date: September 27, 2016<br>Time: 10:00 a.m.<br>Room: 580 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 27, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 580 of the above-entitled Court, located at 255 E. Temple Street, Los Angeles, California, 90012, plaintiff Barbara A. Clark will and hereby does move the Court, pursuant to Rules 37 and 45 of the Federal Rule of Civil Procedure, for an order compelling Country Wide Towing, Inc. dba Reliable Recovery to comply with a subpoena for deposition testimony and the production of business records that plaintiff duly served on it. This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Alexander B. Trueblood and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: August 25, 2016

Respectfully submitted,

TRUEBLOOD LAW FIRM

/s/

Alexander B. Trueblood

Attorneys for Plaintiff
BARBARA CLARK

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## **I. INTRODUCTION**

### **A. The Instant Action**

Plaintiff Barbara A. Clark brings this action to remedy the unlawful repossession of her motor vehicle by defendants Par, Inc. and Country Wide Towing, Inc. dba Reliable Recovery Solutions. The repossession was unlawful on two independent grounds. First, Par, an out-of-state repossession agency, did not have a repossession agency license required to conduct repossession activities in this state. Second, Reliable Recovery, Par's in-state repossession agent which physically took possession of plaintiff's vehicle, breached the peace in completing the repossession by entering a secured, gated apartment complex to get possession of the vehicle.

Service of process on Reliable Recovery was completed on April 2, 2015. See Docket No. 11. Reliable Recovery has not responded to the complaint or appeared in this action in any capacity, and plaintiff has twice requested that the Clerk of this Court enter its default. See Docket Nos. 37 and 43.

### **B. The Instant Motion**

Par has filed a motion for summary judgment. Docket No. 38. Par argues in its motion that, among other things, Reliable Recovery did not breach the peace in repossessing plaintiff's vehicle, and that even if there was a breach of the peace, Par is not vicariously liable for Reliable Recovery's conduct.

Plaintiff personally served a Rule 45 subpoena for deposition testimony and the production of business records on Reliable Recovery, scheduling its deposition for July 19, 2016 at plaintiff's counsel's office. See Trueblood Decl., Ex. 1. The subpoena was served on Stacy Holzer, Reliable Recovery's Qualified Manager. Id., ¶ 3. A Qualified Manager is the person responsible for the day-to-day operations of a California repossession agency and must register as such with the California Department of Consumer Affairs. See id., Ex. 2.

No objection was made to the subpoena, and Reliable Recovery did not appear for its deposition on July 19, 2016. Trueblood Decl., ¶ 4. Attempts to schedule the deposition have been unsuccessful. Id. Plaintiff thus brings the instant motion for an order compelling Reliable Recovery to appear for its deposition at plaintiff's counsel's office, as required by the subpoena.

## II. ARGUMENT

Federal Rule of Civil Procedure 37(a) allows a party to apply to the Court for an order compelling discovery. F.R.Civ.P. 37(a)(2)(A). Federal Rule of Civil Procedure 45 allows a subpoena to command a person to attend a deposition. F.R.Civ.P. 45(c)(1). Failure to obey a subpoena is subject to civil contempt if the subpoena has been served and the failure to obey is not adequately explained. F.R.Civ.P. 45(e).[1]

"Serving a subpoena requires delivering a copy to the named person and, if the subpoena requires that person's attendance, tendering the fees for 1 day's attendance and the mileage allowed by law." F.R.Civ.P. 45(b)(1). The affidavit of service for the subpoena at issue here shows that Stacey Holzer, Reliable Recovery's Qualified Manager, was personally served with a copy of the subpoena with the required witness fee. Id. This was proper service.

Despite the proper service and provision of the witness fee, Reliable Recovery has refused to appear for its deposition. Reliable Recovery should be compelled to attend its deposition and produce documents requested by the subpoena on a date scheduled by the Court within 10 days after entry of any order granting this Motion. Plaintiff must oppose defendant's summary judgment motion by September 26, 2016, and the testimony of Reliable Recovery is important to plaintiff's opposition.

[1] Local Rule 37 does not apply to this Motion because a defaulted defendant, like Reliable Recovery, is treated as a non-party for discovery purposes (see Jules Jordan Video, Inc. v. 144942 Canada Inc., 617 F.3d 1146, 1158 (9th Cir. 2010)), and plaintiff has not been informed that Reliable Recovery is represented by counsel. See C.D. Cal. L.R. 45-1 (Except with respect to motions transferred to this district pursuant to F.R.Civ.P. 45(f), L.R. 37 applies to all motions relating to discovery subpoenas served on (a) parties and (b) non-parties represented by counsel.").

## III. CONCLUSION

For all of the foregoing reasons, plaintiff respectfully requests that the Court grant this Motion and compel Reliable Recovery to appear for its deposition and produce documents in compliance with plaintiff's duly issued subpoena.

Dated: August 25, 2016

Respectfully submitted,

TRUEBLOOD LAW FIRM

By: /s/
Alexander B. Trueblood

Attorneys for Plaintiff
BARBARA A. CLARK

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| David M. Lester<br>Donald E. Bradley<br>Musick, Peeler & Garrett LLP<br>650 Town Center Dr., Ste. 1200<br>Costa Mesa, CA 92626-1925 | Defendant Par, Inc. |

I served the document:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| Country Wide Towing, Inc.<br>P.O. Box 4593<br>Lancaster, CA 93539<br>-and-<br>37318 95th Street E.<br>Littlerock, CA 93543 | N/A |

I served the document:

☒ **BY US MAIL.** I placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed to the above-mentioned person(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 25, 2016 at Beverly Hills, California.

/s/
Brandon Block