TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (Cal. Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: (310) 887-1440
Facsimile: (310) 496-1420

Attorneys for Plaintiff
BARBARA A. CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

BARBARA A. CLARK,

Plaintiff,

vs.

PAR, INC. dba PAR NORTH AMERICA, et al.,

Defendants.

Case No. 2:15-CV-02322 MWF (FFMx)

**DECLARATION OF ALEXANDER B. TRUEBLOOD IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA**

Date: September 27, 2016
Time: 10:00 a.m.
Room: 1600

**DECLARATION OF ALEXANDER B. TRUEBLOOD**

I, Alexander B. Trueblood, declare as follows:

1. I am one of the attorneys for plaintiff Barbara A. Clark. I have personal knowledge of the facts stated in this declaration and would competently testify thereto if called as a witness.

2. Plaintiff served a Rule 45 subpoena for deposition testimony and the production of business records on defendant Country Wide Towing, Inc. dba Reliable Recovery Solutions, scheduling its deposition for July 19, 2016 at plaintiff's counsel's office. True and correct copies of the subpoena and proof of service are attached hereto as Exhibit 1.

3. The subpoena was served on Stacy Holzer, Reliable Recovery's Qualified Manager, with the required $40.00 witness fee. A Qualified Manager is the person responsible for the day-to-day operations of a California repossession agency and must register as such with the Department of Consumer Affairs. A true and correct copy of Reliable Recovery's licensing information with the California Department of Consumer Affairs, showing Ms. Holzer as the Qualified Manager, is attached hereto as Exhibit 2.

4. No objection was made to the subpoena, and Reliable Recovery did not appear for its deposition on July 19, 2016.

5. I have made two attempts to schedule the deposition with Reliable Recovery, and both have been unsuccessful. In July, 2016, my co-counsel Brandon Block and I had a conversation with Ms. Holzer, and asked her for a rescheduled date for the testimony. She declined to provide a date, stating that the likely deponent, William Gardiner (owner of Reliable Recovery) was out of town until August 10, 2016. We agreed to call back at that time, speak with Mr. Gardiner, and set the deposition date.

6. On or about August 12, 2016, I called Ms. Holzer as agreed, and asked for a date when Mr. Gardiner would be available. Ms. Holzer became hostile, stated

that no one would be appearing at all, and told me to call the Reliable Recovery office if I wanted to reach Mr. Gardiner, refusing to contact him herself. I already knew from past experience from making calls to that office, that Mr. Gardiner is never there and no one will pick up the phone or return any messages left on the voicemail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2016 at Los Angeles, California.

/s/
Alexander B. Trueblood

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| David M. Lester<br>Donald E. Bradley<br>Musick, Peeler & Garrett LLP<br>650 Town Center Dr., Ste. 1200<br>Costa Mesa, CA 92626-1925 | Defendant Par, Inc. |

I served the document:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| Country Wide Towing, Inc.<br>P.O. Box 4593<br>Lancaster, CA 93539<br>-and-<br>37318 95th Street E.<br>Littlerock, CA 93543 | N/A |

I served the document:

☒ **BY US MAIL.** I placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed to the above-mentioned person(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 25, 2016 at Beverly Hills, California.

/s/
Brandon Block