# Exhibit 2

About BreEZe FAQ's Help Tutorials

Department of Consumer Affairs

Skip navigation

Logon | Contact Us

## License Details

The Department of Consumer Affairs encourages you to verify the license statuses of any licensees that may appear in a 'Related License' section below. You can verify these licensees by selecting 'New Search' and conducting a new search using the 'Search by Personal or Business Name' option. Please note that the 'Related License' section will only appear below if this license is related to another license. Not all licensees have a related license.

If the License Details below include 'Date of Graduation', the month and date of graduation may not be available. In this instance it will be displayed as '01/01/YYYY' where YYYY represents the year of graduation. Please note that not all license types disclose 'Date of Graduation' on the License Details screen.

Press "Previous Record" to display the previous license.

Press "Next Record" to display the next license.

Press "Search Results" to return to the Search Results list.

Press "New Search Criteria" to do another search of this type.

Press "New Search" to start a new search.

**License Number: 1518** ***Current Date: 08/24/2016 11:48 AM***

| | |
|---|---|
| **Name:** | **RELIABLE RECOVERY SOLUTIONS** |
| **License Type:** | **Repossessor Agency** |
| **License Status:** | **Current** |
| **Expiration Date:** | **01/31/2018** |
| **Original Issuance Date:** | **01/08/2009** |

**Addresses**

| | | |
|---|---|---|
| **Address of Record** | Address | LANCASTER , CA<br>LOS ANGELES<br>93534 |

**Disciplinary Actions**

**There are NO disciplinary actions against the license.**

**RA to Qualified Manager**

Licensee's Role: **Repossession Agency**

Related Party Role: **Qualified Manager**

| Related Party Name | License/Registration Type | Address |
|---|---|---|
| **HOLZER, STACY L** | **Repossession Agency Qualified Manager** | |

**RA to RAE**

Licensee's Role: **Repossession Agency**

Related Party Role: **Repossession Agency Employee**

| Related Party Name | License/Registration Type | Address |
|---|---|---|
| **RUDOLPH, ADAM LEE** | **Repossession Agency Employee** | |
| **CAMPBELL, COLLIN JAROD** | **Repossession Agency Employee** | |
| **SMITH, MICHAEL PATRICK** | **Repossession Agency Employee** | |
| **JOHNSON, EARNIE** | **Repossession Agency Employee** | |

**Owner**

Licensee's Role: **Business License**

Related Party Role: **Principal**

| Related Party Name | License/Registration Type | Address |
|---|---|---|
| **GARDINER, WILLIAM ROSS** | **BSIS Principals** | |

**Public Record Actions**

| | |
|---|---|
| **Public Documents** | **None found** |

Previous Record Next Record Search Results New Search Criteria Print

Back to Top | Conditions of Use | Privacy Policy | Accessibility

Copyright © 2013 State of California