UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2322 MWF (FFM) | Date | August 31, 2016 |
|---|---|---|---|
| Title | BARBARA A. CLARK v. PAR, INC., et al. | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| James Munoz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 6, 2016, Plaintiff Barbara A. Clark ("Plaintiff") served a subpoena on Defendant Reliable Recovery Solutions ("Reliable"). (Dkt. No. 45-2.) The subpoena required Reliable to appear for a deposition on July 19, 2016. (*Id.*) Reliable failed to appear for the noticed deposition. (Dkt. No. 45-1 (Decl. of Alexander B. Trueblood) at ¶ 4.) Further attempts by Plaintiff to reschedule the deposition were unsuccessful because Reliable refused to cooperate with Plaintiff's rescheduling efforts. (*Id.* at ¶¶ 5–6.) On August 25, 2016, Plaintiff filed a motion to compel Reliable's deposition. (Dkt. No. 45.)

Federal Rule of Civil Procedure 37 ("Rule 37") and the Court's inherent authority permit the Court to issue sanctions against a party for failing to comply with its discovery obligations. Moreover, Rule 37(d)(1)(A)(i) explicitly authorizes courts to order sanctions against a party where the party fails to appear for a properly noticed deposition.

The subpoena appears to have been duly issued and served, and nothing on its face otherwise indicates that the deposition scheduled for July 19, 2016, was improperly noticed. Accordingly, Reliable's failure to appear at that deposition seemingly constitutes a violation of Rule 37 and could subject Reliable to sanctions. Reliable's alleged refusal to cooperate in re-scheduling the deposition following its failure to appear could also subject Reliable to sanctions. As a result, Reliable is hereby ordered to show cause, in writing and within ten (10) days of the date of this order, why it should not be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2322 MWF (FFM) | Date | August 31, 2016 |
|---|---|---|---|
| Title | BARBARA A. CLARK v. PAR, INC., et al. | | |

sanctioned based on its failure to appear for a properly noticed deposition, comply with the subpoena, or participate in discovery proceedings.  Any response to this order shall also serve as Reliable's opposition to the motion to compel (Dkt. No. 45) and therefore must include any argument that Reliable wishes the Court to consider before ruling on the motion.

      Given the foregoing, the motion's noticed hearing date of September 27, 2016, is hereby vacated.

      Reliable is not presently represented by counsel.  Additionally, neither Reliable's street nor mailing addresses appear to be listed on the California Department of Consumer Affairs website.  (Dkt. No. 45-3.)  Accordingly, the Court orders the Clerk to deliver a copy of this order by mail to the address at which Reliable was originally served the subpoena: 37318 95th St. E, Littlerock CA 93543.  (Dkt. No. 45-2 at 8.)

      IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |