==NOTE: CHANGES MADE BY THE COURT==

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>       Plaintiff,<br><br>     vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Action filed:   March 28, 2015<br>Trial date:     February 14, 2017 |

## ORDER

The parties having stipulated and good cause appearing therefor, the Court hereby orders that the following dates and deadlines will apply to this action:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | September 30, 2016 | October 7, 2016** |
| File plaintiff's opposition papers to PAR's MSJ | September 26, 2016 | October 11, 2016 |
| File PAR's reply papers in support of its MSJ | October 3, 2016 | October 18, 2016 |
| Hearing on PAR's MSJ | October 17, 2016, at 10:00 a.m. | October 31, 2016 at 10:00 a.m. |
| File Motion for Class Certification due | | November 14, 2016 |
| File Opposition to Motion for Class Certification | | November 28, 2016 |
| File Reply in Support of Motion for Class Certification | | December 5, 2016 |
| Hearing on Motion for Class Certification | | December 19, 2016, at 10:00 a.m. |
| Expert Disclosure (Initial) | September 12, 2016 | Counsel shall agree on an expert discovery schedule within the other dates set by the Court |
| Expert Disclosure (Rebuttal) | October 3, 2016 | Counsel shall agree on an expert discovery schedule within the other dates set by the Court |
| Expert Discovery Cut-off | November 14, 2016 | Counsel shall agree on an expert discovery schedule within the other dates set by the Court |
| Last Day to Hear Motions | November 14, 2016 | January 30, 2017, at 10:00 a.m. |
| Last Day to Conduct ADR Proceeding | November 28, 2016 | February 10, 2017 |

///

///

| | | |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | January 10, 2017 | February 17, 2017 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | January 17, 2017 | February 24, 2017 |
| Final Pretrial Conference and Hearing on Motions in Limine | January 30, 2017, at 11:00 a.m. | March 6, 2017, at 11:00 a.m. |
| Trial Date (Est. 7 Days) | February 14, 2017, at 8:30 a.m. | March 21, 2017, at 8:30 a.m. |

**The Court expects the PAR documents to be produced sufficiently in advance of October 11, 2016, to allow for use in the Opposition to the MSJ.

IT IS SO ORDERED.

Dated:  September 16, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: ADR Coordinator