UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**ORDER GRANTING EX PARTE APPLICATION, AND CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES**<br><br>Action filed:          March 28, 2015<br>Current trial date:  March 21, 2017<br>New trial date:      April 18, 2017 |

**ORDER**

The Court, having considered plaintiff Barbara Clark's Ex Parte Application and supporting papers, and Defendant PAR, Inc.'s Response, and finding that the Application is supported by good cause, hereby grants the Application and orders that the following dates will apply in this action:

///

///

///

1

ORDER – CASE NO. 2:15-CV-02322 MWF (FFMx)

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | February 17, 2017 | March 10, 2017 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | February 24, 2017 | March 17, 2017 |
| Final Pretrial Conference and Hearing on Motions in Limine | March 6, 2017, at 11:00 a.m. | April 3, 2017, at 11:00 a.m. |
| Trial Date (Est. 7 Days) | March 21, 2017, at 8:30 a.m. | April 18, 2017, at 8:30 a.m. |

Except as ordered herein, all other pretrial dates and deadlines will be governed by the Court's September 16, 2016 Order. Dkt. No. 47.

**IT IS SO ORDERED.**

Dated:  September 22, 2016

MICHAEL W. FITZGERALD
United States District Judge