**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

David M. Lester (State Bar No. 119966)
  d.lester@mpglaw.com
Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Defendant PAR, INC. dba
PAR NORTH AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS**<br><br>Date:     October 31, 2016<br>Time:    10:00 a.m.<br>Crtrm.:   1600 |

Defendant PAR, Inc. dba PAR North America ("PAR") submits the following as its statement of uncontroverted facts and conclusions of law in support of its Motion for Summary Judgment Based on Subsequent Facts:

1012848.1

PAR'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS

| | UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 1. | On December 10, 2015, PAR North America submitted an application for a repossession agency license to the California Bureau of Security and Investigative Services ("BSIS"). | Declaration of Tim Massingale ("Massingale Decl."), ¶2, Ex. A |
| 2. | On or about July 18, 2016, PAR received a response to its application, declining to approve the application. | Massingale Decl., ¶3, Ex. B |
| 3. | In its response letter, the BSIS stated that a repossession agency "licensee doing business in California must carry out the management functions of the business from within California.  Since the state has no jurisdiction beyond its own borders, this in-state presence is needed in order for the Bureau to lawfully serve process upon a licensee and to inspect the licensee's business, business records, and collateral storage areas….  PAR's application, dated December 10, 2015, lists its business address as a location in the state of Indiana.  However, in order for PAR to obtain an RA license, it must have a physical presence in this state.  Presumably, this will require PAR to establish a business location in California.  Pursuant to Section 7505, this California location will require a separate RA license.  Please provide the Bureau with another RA application listing a California business address for PAR.  All the requirements for an initial RA license for the California business location will need to be satisfied in order for the Bureau to issue an RA license for the business location in Indiana and the business location in California." | Massingale Decl., ¶3, Ex. B |

DATED:  September 30, 2016             MUSICK, PEELER & GARRETT LLP

                                  By:     */s/  Donald E. Bradley*
                                        Donald E. Bradley
                                        Attorneys for Defendant PAR, INC. dba PAR NORTH AMERICA

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1012848.1

2

PAR'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On September 30, 2016, I served true copies of the following document(s) described as **DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 30, 2016, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1012848.1

3

PAR'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS

# SERVICE LIST

| | |
|---|---|
| Alexander B. Trueblood<br>TRUEBLOOD LAW FIRM<br>10940 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA  90024<br>Phone:  (310) 443-4139<br>Fax:     (310) 943-2255<br>Email:  alec@hush.com;<br>atrueblood@pacernotice.com<br>*Attorneys for Plaintiff* | Brandon A. Block<br>LAW OFFICES OF BRANDON A. BLOCK<br>433 North Camden Drive, Suite 600<br>Beverly Hills, CA  90210<br>Phone:  (310) 887-1440<br>Fax:     (310) 496-1420<br>Email: brandon@bblocklaw.com<br>*Attorneys for Plaintiff* |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1012848.1

4

PAR'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS