**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

David M. Lester (State Bar No. 119966)
 d.lester@mpglaw.com
Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant PAR, INC. dba
PAR NORTH AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**DECLARATION OF TIM MASSINGALE IN SUPPORT OF DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS**<br><br>Date:    October 31, 2016<br>Time:   10:00 a.m.<br>Crtrm.:  1600 |

I, Tim Massingale, declare as follows:

1. At all times relevant to the facts set forth in this declaration, I served as Vice President, Compliance and Ancillary Services at Defendant PAR, Inc. dba PAR North America ("PAR"). Including my time in that position, I worked in various positions at PAR over a period of sixteen years, and I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would

1013278.1

DECLARATION OF TIM MASSINGALE IN SUPPORT OF DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS

1 competently testify thereto.

2. On December 10, 2015, PAR North America submitted an application for a repossession agency license to the California Bureau of Security and Investigative Services. A complete and accurate copy of this application is attached hereto as **Exhibit A**.

3. On or about July 18, 2016, PAR received a response to its application, which was not approved. A complete and accurate copy of the July 18, 2016 response letter from the Bureau of Security and Investigative Services is attached hereto as **Exhibit B**.

I declare under penalty of perjury pursuant to the laws of the United States of America and the states of California and Indiana that the foregoing is true and correct. Executed this 30th day of September, 2016, at Carmel, Indiana.

Tim Massingale

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

2

DECLARATION OF TIM MASSINGALE IN SUPPORT OF DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS

# EXHIBIT A

*Refund $528.*

STATE OF CALIFORNIA—BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY GOVERNOR EDMUND G. BROWN JR

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000 (800) 952-5210
Fax (916) 575-7290 www.bsis.ca.gov

RECEIVED JAN 27 2016 By: CCU

RECEIVED FEB 11 2016

1-8662s 6194269

## REPOSSESSION AGENCY APPLICATION FOR LICENSE

This information is requested pursuant to California Business and Professions Code section 7503 and will be used to determine eligibility for licensure. All information is necessary and if not provided, the application may be rejected. You **must** submit the application/licensing fee(s) with your application package. Failure to do so may delay the processing of your application. **Please note that the application processing fee and/or license fees are non-refundable.**

PLEASE TYPE OR PRINT CLEARLY.

| | | | | |
|---|---|---|---|---|
| 1. Proposed Business Name: PAR North America | | | | |
| 2. Business Address – Number and Street: 7835 Woodland Drive | City: Indianapolis | | State: IN | Zip Code: 46278 |
| 3. Qualified Manager's Full Name: Jodie Marie Dawson | | | | |
| 4. Qualified Manager License Number (if licensed): 100986 | 5. Telephone – Business: (317) 818-4500 | | Residence: (707) 564-7706 | |
| 6. Type of Business Organization: ☐ Individual   ☐ Partnership   ☑ Corporation  C3645045 | | | | |
| SSN or ITIN (Individual Ownership Only) | FEIN (Partnership Ownership Only) | | Corporate Number (Corporation Only) | |

List the name of each owner, partner, or corporate officer of the business and identify their position. For corporations list chief executive officer, secretary, chief financial officer, and any other corporate officer who will be active in the business. If additional space is needed, attach a separate sheet.

| Name – Last | First | Middle | Position | Telephone |
|---|---|---|---|---|
| Kroshus | Jerry | Harlan | President and COO | (317) 843-3003 |
| Delgado | Jose | | VP of Operations | (317) 843-3036 |
| Massingale | Tim | Alan | VP of Compliance | (317) 843-3005 |

Each person listed in items 3 and 6 must complete and submit a Repossession Agency Personal Identification Form (Form 31C-9), even though the person may have previously submitted this information in connection with another license.

I/We declare under penalty of perjury, under the laws of the State of California, that all information contained on this Application for License and any accompanying documents is true and correct, with full knowledge that all statements made in this form are subject to investigation and that ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF LICENSE.

| Signature | Date 12/10/15 | Signature | Date |
|---|---|---|---|
| Signature | Date 12/10/15 | Signature | Date |
| Signature | Date 12/10/2015 | Signature | Date |

SIGNATURES REQUIRED: Individuals whose names appear in item 3 and 6.

Submission of the requested information is mandatory. The Bureau of Security and Investigative Services cannot consider your application for licensure or renewal unless you provide all of the requested information.

Pursuant to the California Public Records Act (Gov. Code § 6250 et seq.) and the Information Practices Act (Civ. Code § 1798.61), the names and addresses of persons possessing a license or registration may be disclosed by the Department unless otherwise specifically exempt from disclosure under the law. We make every effort to protect the personal information you provide us. The information you provide, however, may be disclosed in response to a court or administrative order, a subpoena, or a search warrant.

Per the Information Practices Act, the Chief of the Bureau of Security and Investigative Services, Department of Consumer Affairs, is responsible for maintaining the information in this application. You have the right to review the records maintained on you by the Bureau or Department unless the records are exempt from disclosure by section 1798.40 of the Civil Code. Your completed application becomes the property of the Bureau and will be used by authorized personnel to determine your eligibility for a license, registration or permit. Information on your application may be transferred to other governmental or law enforcement agencies, as permitted by law.

For questions about this notice or access to your record, you may contact the Bureau of Security and Investigative Services, Attn: Public Records Liaison, P.O. Box 980550, Sacramento, CA 95798-0550, by phone at (916) 322-4000 or (800) 952-5210, or by e-mail at bsis@dca.ca.gov. For questions about the Department's Privacy Policy, you may contact the Department of Consumer Affairs at 1625 North Market Boulevard, Sacramento, CA 95834, by phone at (800) 952-5210 or by e-mail at dca@dca.ca.gov.

31C-4 (Rev. 07/2015)

8




STATE OF CALIFORNIA—BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY GOVERNOR EDMUND G. BROWN JR

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000  (800) 952-5210
Fax (916) 575-7290  www.bsis.ca.gov

## REPOSSESSION AGENCY
## REQUEST FOR AUTHORIZATION OF BUSINESS NAME

Any name under which you intend to do business, including your own name, must be submitted to the Bureau for approval pursuant to California Business and Professions Code section 7503. A Request for Authorization of Business Name form will not be accepted prior to application for license. Business may not be conducted under a fictitious or other business name unless written authorization is received from the Bureau. Any advertisement must contain the *exact* business name as approved by the Bureau. The use of a fictitious business name is subject to the provisions of California Business and Professions Code Chapter 5 (commencing with section 17900) of Part 3 of Division 7. This Chapter defines fictitious name and contains provisions regarding use and requirement for filing a statement with the local county clerk.

**Repossession Agency:** Business and Professions Code section 7503 states in part:

No licensee shall be issued in any fictitious name which may be confused with or which is similar to any federal, state, county, or municipal governmental function or agency, or in any name which may tend to describe any business function or enterprise not actually engaged in by the applicant, or in any name which is the same as or so similar to that of any existing licensee as would tend to deceive the public, or in any name which would otherwise tend to be deceptive or misleading.

\* The Bureau must maintain a physical address of record on file at all times. If mail delivery to the physical location of the business is not possible, please list a mailing address in addition to the physical business address. If you are operating out of your residence and wish to keep your physical address confidential from public record, please submit a written request and attach it with this form.

| | | | |
|---|---|---|---|
| 1. Name of Qualified Manager **Jodie Marie Dawson** | | | |
| 2. *Physical Business Address – Number and Street **7835 Woodland Drive** | City **Indianapolis** | State **IN** | Zip Code **46278** |
| 3. *Mailing Address (If applicable) **612 Cougar Court** | City **Vacaville** | State **CA** | Zip Code **95688** |
| 4. Telephone Number | Residence (**707**) **564-7706** | | Business (**317**) **818-4500** |

5. List proposed business names in the order of preference. At least three choices should be provided if a fictitious name is requested; however, five choices are preferable. If the first name listed is approved, additional names will not be considered. Other criteria for name approval:

- If initials are to be used as part of the name, you must explain what they stand for.
- The use of the following words will not be approved for an individual or partnership license: Corporation, Corp., Incorporated, Inc.
- The following words or initials will not be approved as part of a fictitious or business name: U.S., United States, Federal, State, Bureau, Police, Task Force, Community, County.

1. **PAR North America**
2. **PAR, Inc.**
3. **PAR**
4. _____
5. _____

| Department Use Only | |
|---|---|
| Approved | Disapproved |
| | |
| | |
| | |
| | |
| | |

6. **CERTIFICATION:**
If type of license is <u>individual</u>, the owner must sign.
If type of license is a <u>partnership</u>, all partners must sign.
If type of license is a <u>corporation</u>, a responsible corporate officer must sign.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature _____ Title **President and COO** Date **12/10/2015**
Signature _____ Title _____ Date _____
Signature _____ Title _____ Date _____
Signature _____ Title _____ Date _____

31C-12 (Rev. 08/2012)

MASSINGALE EX. A - P. 5

# EXHIBIT B

STATE OF CALIFORNIA – BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY GOVERNOR EDMUND G. BROWN JR.

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
Post Office Box 989002
West Sacramento, CA 95798-9002
Phone (800) 952-5210 Fax (916) 575-7290
www.bsis.ca.gov



July 18, 2016

Mr. Jerry Kroshus
President & COO
PAR North America
7835 Woodland Drive
Indianapolis, IN 46278

RE:   **Application for Repossession Agency License**

Dear Mr. Kroshus:

The Bureau is unable to process PAR North America Corporation's (PAR) application for a Repossession Agency (RA) license because additional information is required.

### Principal Place of Business

Pursuant to the California Recovery Act (Act), an RA licensee must provide the Bureau with the address of its principal place of business (Business and Professions Code[1] section 7503). Also, an RA licensee doing business in California must carry out the management functions of the business from within California. Since the state has no jurisdiction beyond its own borders, this in-state presence is needed in order for the Bureau to lawfully serve process upon a licensee and to inspect the licensee's business, business records, and collateral storage areas.   (7502, 7507.2, & 7507.3)

PAR's application, dated December 10, 2015, lists its business address as a location in the State of Indiana. However, in order for PAR to obtain an RA license, it must have a physical presence in this state. Presumably, this will require PAR to establish a business location in California. Pursuant to Section 7505, this California location will require a separate RA license.

**Please provide the Bureau with another RA application listing a California business address for PAR. All the requirements for an initial RA license for the California business location will need to be satisfied in order for the Bureau to issue an RA license for the business location in Indiana and the business location in California.**

### Officers and Principals on an RA License

The paperwork provided in support of PAR's RA license reflects that it is organized as a corporation. Pursuant to 7503.4, the application shall state the names and address of <u>all</u> corporate officers. The Statement and Designation by Foreign Corporation that PAR filed with the California Secretary of State is signed by Paul J. Lips, whose title is identified as Executive Vice President. However, Mr. Lips is not listed as an officer on the RA license application form.

**Please provide the Bureau with a copy of the Statement of Information, listing all corporate officers that PAR filed with the California Secretary of State.**

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER
Clark v. PAR Case No. 2:15-cv-02322-MWF-FFM
PAR005810

---

[1] All references are to the Business and Professions Code unless otherwise noted.

MASSINGALE EX. B - P. 7

Jerry Krohus
July 18, 2016
Page 2

### Qualified Manager

Pursuant to Sections 7505.1 and 7505.5, each business office licensed as a repossession agency must be under the active charge of the licensee's qualified manager. This person shall share equally with the licensee the responsibility for the conduct of the business and the personnel of the business. PAR's application lists Jodie Mare Dawson as the qualified manager it wishes to associate with its license. However, the Personal Identification Form that Ms. Dawson submitted to the Bureau is incomplete; it does not list her address, provide responses to the required conviction questions, nor includes her signature under penalty of perjury.

**Please provide the Bureau with a Personal Identification Form that is fully completed and signed by Ms. Dawson.**

Bureau staff and I are available to assist you with the issues in this letter. If you would like to discuss the issues in this letter with me, email **Repossessor@dca.ca.gov** and the RA licensing technician will coordinate a meeting.

Sincerely,

Marco Bautista
Licensing Manager

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER
Clark v. PAR Case No. 2:15-cv-02322-MWF-FFM
PAR005811

MASSINGALE EX. B - P. 8

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On September 30, 2016, I served true copies of the following document(s) described as **DECLARATION OF TIM MASSINGALE IN SUPPORT OF DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 30, 2016, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

1013278.1

3

DECLARATION OF TIM MASSINGALE IN SUPPORT OF DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

**SERVICE LIST**

| | |
|---|---|
| Alexander B. Trueblood<br>TRUEBLOOD LAW FIRM<br>10940 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA  90024<br>Phone:  (310) 443-4139<br>Fax:      (310) 943-2255<br>Email:  alec@hush.com;<br>atrueblood@pacernotice.com<br>*Attorneys for Plaintiff* | Brandon A. Block<br>LAW OFFICES OF BRANDON A. BLOCK<br>433 North Camden Drive, Suite 600<br>Beverly Hills, CA  90210<br>Phone:  (310) 887-1440<br>Fax:      (310) 496-1420<br>Email: brandon@bblocklaw.com<br>*Attorneys for Plaintiff* |

1013278.1

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

4

DECLARATION OF TIM MASSINGALE IN SUPPORT OF DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT BASED ON SUBSEQUENT FACTS