UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2322 MWF (FFM) | Date | September 30, 2016 |
|---|---|---|---|
| Title | BARBARA A. CLARK v. PAR, INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO APPEAR**

On July 6, 2016, Plaintiff Barbara A. Clark ("Plaintiff") served a subpoena on Defendant Reliable Recovery Solutions ("Reliable"). (Dkt. No. 45-2.) The subpoena required Reliable to appear for a deposition on July 19, 2016. (*Id.*) Reliable failed to appear for the noticed deposition. (Dkt. No. 45-1 (Decl. of Alexander B. Trueblood) at ¶ 4.) On August 25, 2016, Plaintiff filed a motion to compel Reliable's deposition. (Dkt. No. 45.)

Given Reliable's alleged failure to comply with the subpoena, the Court ordered Reliable to show cause, in writing and within ten (10) days of the date of August 31, 2016, why it should not be sanctioned for its failure to appear for a properly noticed deposition, comply with the subpoena, or participate in discovery proceedings. Ten days have since passed and Reliable has not responded to the order to show cause.

**Therefore, Reliable is ordered to have its representative appear in Courtroom 580 of the Roybal Federal Courthouse, located at 255 East Temple Street, Los Angeles, California 90012-3332, on October 14, 2016 at 10:00 a.m., then and there to show cause, if any it has, why it should not be sanctioned for its failure to comply with a duly issued subpoena and this Court's order.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2322 MWF (FFM) | Date | September 30, 2016 |
|---|---|---|---|
| Title | BARBARA A. CLARK v. PAR, INC., et al. | | |

**A FAILURE TO APPEAR MAY RESULT IN THE COURT ISSUING A WRIT OF BODY ATTACHMENT TO OBTAIN RELIABLE'S INVOLUNTARY APPEARANCE IN COURT.**

Plaintiff is ordered to **personally serve** a copy of this order on Reliable no later than October 6, 2016. Plaintiff is also ordered to appear at the same time and place.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |