**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

David M. Lester (State Bar No. 119966)
 *d.lester@mpglaw.com*
Donald E. Bradley (State Bar No. 145037)
 *d.bradley@mpglaw.com*

Attorneys for Defendant PAR, INC. dba
PAR NORTH AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>          Plaintiff,<br><br>     vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**ORDER GRANTING DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S EX PARTE APPLICATION FOR 75-DAY CONTINUANCE OF SUMMARY JUDGMENT HEARING AND TRIAL AND ALL RELATED DEADLINES** |

This Court, having reviewed Defendant PAR, Inc. dba PAR North America's ("PAR") Ex Parte Application for 75-Day Continuance of Summary Judgment Hearing and Trial and All Related Deadlines Pursuant to Request from California Attorney General Under FRCP 5.1, and good cause appearing,

1014345.1

The following hearing dates and deadlines are continued as follows:

| EVENT | CURRENT DATE/ DEADLINE | NEW DATE/ DEADLINE |
|---|---|---|
| Non-Expert Discovery Cutoff | October 7, 2016 | December 27, 2016 |
| File Plaintiff's Opposition papers to PAR's MSJ | October 11, 2016 | January 3, 2017 |
| File PAR's Reply papers in support of its MSJ | October 18, 2016 | January 10, 2017 |
| Hearing on PAR's MSJ | October 31, 2016, at 10:00 a.m. | January 23, 2017 |
| File Motion for Class Certification due | November 14, 2016 | February 6, 2017 |
| File Opposition to Motion for Class Certification | November 28, 2016 | February 21, 2017 |
| File Reply in Support of Motion for Class Certification | December 5, 2016 | February 28, 2017 |
| Hearing on Motion for Class Certification | December 19, 2016, at 10:00 a.m. | March 13, 2017, at 10:00 a.m. |
| Expert Disclosure (Initial) | Counsel shall agree on an expert discovery schedule within the other dates set by the Court | Counsel shall agree on an expert discovery schedule. |
| Expert Disclosure (Rebuttal) | Counsel shall agree on an expert discovery schedule within the other dates set by the Court | Counsel shall agree on an expert discovery schedule. |
| Expert Discovery Cutoff | Counsel shall agree on an expert discovery schedule within the other dates set by the Court | Counsel shall agree on an expert discovery schedule. |
| Last Day to Hear Motions | January 30, 2017, at 10:00 a.m. | April 17, 2017, at 10:00 a.m. |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1014345.1

2

ORDER GRANTING PAR'S EX PARTE APPLICATION FOR 75-DAY CONTINUANCE OF SUMMARY JUDGMENT HEARING AND TRIAL AND ALL RELATED DEADLINES

| EVENT | CURRENT DATE/ DEADLINE | NEW DATE/ DEADLINE |
|---|---|---|
| Last Day to Conduct ADR Proceeding | February 10, 2017 | May 1, 2017 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | March 10, 2017 | May 30, 2017 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file Statement regarding Disputed Instructions and Verdict Forms, and file oppositions | March 17, 2017 | June 6, 2017 |
| Final Pre-Trial Conference and Hearing on Motions in Limine | April 3, 2017, at 11:00 a.m. | June 19, 2017, at 11:00 a.m. |
| Trial Date (Estimate 7 Days) | April 18, 2017, at 8:30 a.m. | July 11, 2017, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: October 11, 2016

_____
Michael W. Fitzgerald
United States District Judge

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1014345.1

3

ORDER GRANTING PAR'S EX PARTE APPLICATION FOR 75-DAY CONTINUANCE OF SUMMARY JUDGMENT HEARING AND TRIAL AND ALL RELATED DEADLINES