1 | TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (State Bar No. 150897)
2 | 10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
3 | Telephone: (310) 443-4139
Facsimile: (310) 943-2255
4 |
LAW OFFICES OF BRANDON A. BLOCK
5 | A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
6 | 433 North Camden Drive, Suite 600
Beverly Hills, California 90210
7 | Telephone: (310) 887-1440
Facsimile: (310) 496-1420
8 |
Attorneys for Plaintiff
9 | BARBARA A. CLARK

10

11 |                UNITED STATES DISTRICT COURT

12 |                CENTRAL DISTRICT OF CALIFORNIA

13

14 | BARBARA A. CLARK,                    ) Case No.: CV15-02322 MWF (FFM)
                                         )
15 |              Plaintiff,             )
                                         )
16 | v.                                  ) **JOINT STIPULATION TO**
                                         ) **CONTINUE STATUS**
17 |                                     ) **CONFERENCE REGARDING**
                                         ) **DEPOSITION SUBPOENA OF**
18 | PAR, INC. dba PAR NORTH             ) **RELIABLE RECOVERY**
AMERICA, COUNTRY WIDE TOWING, )
19 | INC. dba RELIABLE RECOVERY          )
SOLUTIONS, and DOES 1 through 10,       )
20 | inclusive                           )
                                         )
21 |              Defendants.            )
      _____ )

22

23 |        WHEREAS, on October 14, 2016, the OSC Hearing regarding plaintiff

24 | Barbara Clark's deposition subpoena directed at Country Wide Towing, Inc. dba

25 | Reliable Recovery was held before the Hon. Frederick F. Mumm;

26 |        WHEREAS, the Court scheduled a Status Conference regarding the subject

27 | deposition subpoena for October 28, 2016;

28

---

1

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING
DEPOSITION SUBPOENA OF RELIABLE RECOVERY**

1    WHEREAS, counsel for all the involved parties are still in the process of

2  meeting conferring regarding the correct witness to be produced and a date for the

3  subject deposition;

4    Therefore, the Parties, by and through their respective counsel, hereby

5  stipulate to continue the October 28, 2016 Status Conference Re Deposition

6  Subpoena to November 18, 2018 at 10:00 a.m. in Courtroom 580 of the Roybal

7  Federal Courthouse.

8
                                        Respectfully submitted,
9
                                        TRUEBLOOD LAW FIRM
10   Dated:  10-26-16

11                                          /s/
                                        _____
12                                      Alexander B. Trueblood

13   Dated: 10-26-16                    LAW OFFICES OF BRANDON A. BLOCK
                                        A PROFESSIONAL CORPORATION
14
15                                          /s/
                                        _____
16                                      Brandon A. Block

17                                      Attorneys for Plaintiff
                                        BARBARA CLARK
18   Dated:                             MUSICK, PEELER & GARRETT LLP

19
                                        _____
20                                      David M. Lester
                                        Donald E. Bradley
21                                      Attorneys for Defendant PAR, INC. dba
                                        PAR NORTH AMERICA
22
23   ///
24   ///
25   ///
26   ///
27   ///
28   _____
                                        2
         JOINT STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING
              DEPOSITION SUBPOENA OF RELIABLE RECOVERY

Dated: Oct. 26, 2016

Law Offices of
ZIMMERMAN & KAHANOWITCH
A Professional Corporation

By: _____
Brian F. Zimmerman, Esq.
Victor A. Groia, Esq.
Attorneys for William Gardiner dba Reliable
Recovery Solutions

I, Brandon A. Block, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/
_____
Brandon A. Block

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING
DEPOSITION SUBPOENA OF RELIABLE RECOVERY**