TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (State Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: (310) 887-1440
Facsimile: (310) 496-1420

Attorneys for Plaintiff
BARBARA A. CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**STIPULATION (1) TO DISMISS DEFENDANT COUNTRY WIDE TOWING, INC. WITHOUT PREJUDICE; AND (2) FOR LEAVE TO SUBSTITUTE WILLIAM GARDINER dba RELIABLE RECOVERY SOLUTIONS AS DOE DEFENDANT NO. 1**<br><br>[[Proposed] Order lodged concurrently]<br><br>Action filed:　March 28, 2015<br>Trial date:　　July 11, 2017 |

　　WHEREAS, plaintiff Barbara Clark filed this putative class action on March 28, 2015;

　　WHEREAS, the Court-ordered deadline to add parties or amend the pleadings was June 20, 2016;

1
STIPULATION – CASE NO. 2:15-CV-02322 MWF (FFMx)

WHEREAS, defendant Country Wide Towing, Inc. dba Reliable Recovery Solutions has not responded to the complaint, and plaintiff twice has requested the Court to enter its default;

WHEREAS, in October 2016, counsel for William Gardiner dba Reliable Recovery Solutions informed counsel for the other parties that Country Wide Towing, Inc. is not the proper defendant, and that plaintiff should have sued William Gardiner dba Reliable Recovery Solutions;

WHEREAS, based on the representations of counsel for William Gardiner dba Reliable Recovery Solutions, the parties have agreed to dismiss Country Wide Towing, Inc. from this action, without prejudice, and to substitute William Gardner dba Reliable Recovery Solutions as Doe Defendant No. 1; and

WHEREAS, all parties consent to the substitution, but given that the deadline has passed for leave to add parties, the parties respectfully request leave of this Court for the substitution.

NOW, THEREFORE, the parties, by and through their counsel of record, hereby jointly stipulate and agree as follows:

1. Defendant Country Wide Towing, Inc. is dismissed from this action, without prejudice.

2. William Gardner dba Reliable Recovery Solutions is substituted as Doe Defendant No. 1 in this action.

3. Undersigned counsel for William Gardner dba Reliable Recovery Solutions accepts service of the summons and complaint in this action as of the date hereof.

4. William Gardner dba Reliable Recovery Solutions shall file an answer to plaintiff's complaint within ten days of the Court's entry of the concurrently lodged proposed order.

5. William Gardner dba Reliable Recovery Solutions waives any and all defenses to plaintiff's complaint and the claims alleged therein based on any statute of limitations or the passage of time.

6. The running of any and all statutes of limitations on any and all claims and causes of action that any party has alleged or may have alleged in this action against Country Wide Towing, Inc. are hereby tolled as of March 28, 2015 through and including the earlier of: (1) the date on which a final judgment is rendered in this action and all appeals have been exhausted or the time to appeal has run; or (2) the date on which the Court enters an order dismissing William Gardner dba Reliable Recovery Solutions from this action, with prejudice.

7. Defendant Par, Inc.'s answer to plaintiff's complaint shall remain in full force and effect, and Par shall not be required to file another responsive pleading to plaintiff's complaint if the Court approves this stipulation.

IT IS SO STIPULATED.

Dated: November 16, 2016        TRUEBLOOD LAW FIRM

                                /s/
                                Alexander B. Trueblood

Dated: November 16, 2016        LAW OFFICES OF BRANDON A. BLOCK
                                A PROFESSIONAL CORPORATION

                                /s/
                                Brandon A. Block

                                Attorneys for Plaintiff
                                BARBARA CLARK

Dated: November 16, 2016        MUSICK, PEELER & GARRETT LLP

                                /s/
                                David M. Lester
                                Donald E. Bradley

                                Attorneys for Defendant PAR, INC. dba
                                PAR NORTH AMERICA

Dated: November 16, 2016

ZIMMERMAN & KAHANOWITCH
A PROFESSIONAL CORPORATION

/s/
Victor A. Groia

Attorneys for Defendant WILLIAM GARDINER dba RELIABLE RECOVERY SOLUTIONS

I, Brandon A. Block, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/
Brandon A. Block