TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (State Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: (310) 887-1440
Facsimile: (310) 496-1420

Attorneys for Plaintiff
BARBARA A. CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK, | Case No. 2:15-CV-02322 MWF (FFMx) |
| Plaintiff, | Hon. Michael W. Fitzgerald, Crtrm. 1600 |
| vs. | **APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive | [Declaration of Brandon A. Block and [Proposed] Order filed concurrently] |
| Defendants. | |

Pursuant to the Court's Order Granting Parties' Stipulation for Protective Order (Dkt. No. 36) and Local Rule 79-5.2.2(b), plaintiff Barbara Clark hereby seeks leave of this Court to file under seal the following documents to be submitted in support of her opposition to defendant PAR, Inc.'s summary judgment motions, to be filed on or before January 3, 2017:

| Ex. to concurrently filed Block Declaration | Summary of Document(s) |
|---|---|
| 1 | Unredacted version of the Client Repossession Services Agreement between PAR and Westlake Services, LLC |
| 2 | Unredacted versions of the PAR skip-tracing vendor agreements |
| 3 | PAR's employee "Repossession Team" training manuals |
| 4 | PAR's skip tracing policies and procedures |
| 5 | Unredacted version of the Independent Contractor Agreement between PAR and defendant Reliable Recovery |

Plaintiff makes this Application because PAR has designated the documents "CONFIDENTIAL" pursuant to the Protective Order (Dkt. No. 36), and the Protective Order provides that a party seeking to file any material marked as such must follow Local Rule 79-5. Id., § 11.3. In addition, PAR has requested that plaintiff file under seal the entirety of Exhibits 3 and 4 to the Declaration of Brandon A. Block, and copies of Exhibits 1, 2 and 5 to the Block Declaration redacted as to amounts. As demonstrated in the Block Declaration, plaintiff's counsel timely made efforts with PAR's counsel to eliminate or minimize the need for filing these documents under seal.

| | | |
|---|---|---|
| 1 | Dated: December 13, 2016 | Respectfully submitted, |
| 2 | | LAW OFFICES OF BRANDON A. BLOCK |
| 3 | | A PROFESSIONAL CORPORATION |
| 4 | | ___/s/_____ |
| | | Brandon A. Block |
| 5 | | |
| 6 | | Attorneys for Plaintiff |
| | | BARBARA CLARK |

3

APP. FOR LEAVE TO FILE UNDER SEAL – CASE NO. 2:15-CV-02322 MWF (FFMx)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| David M. Lester<br>Donald E. Bradley<br>Musick, Peeler & Garrett LLP<br>650 Town Center Dr., Ste. 1200<br>Costa Mesa, CA 92626-1925 | Defendant PAR, Inc. |
| Victor A. Groia<br>LAW OFFICES OF ZIMMERMAN & KAHANOWITCH<br>21700 Oxnard Street, Suite 1890<br>Woodland Hills, CA 91367 | Defendant William Gardiner dba Reliable Recovery Solution as Doe Defendant |
| P. Patty Li<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Attorneys for the State of California, acting by and through the Bureau of Security and Investigative Services, in the Department of Consumer Affairs |

I served the document:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 13, 2016 at Beverly Hills, California.

/s/
Brandon Block