UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:15-CV-02322 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

## ORDER

The Court, having considered plaintiff Barbara Clark's Application for Leave to File Under Seal and supporting papers, and finding that the Application is supported by good cause, hereby orders that the documents attached as exhibits to the Declaration of Brandon A. Block in support of the Application may be filed under seal when submitted in support of plaintiff's opposition to defendant PAR, Inc.'s motions for summary judgment, and the documents will remain under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: _____

MICHAEL W. FITZGERALD
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| David M. Lester<br>Donald E. Bradley<br>Musick, Peeler & Garrett LLP<br>650 Town Center Dr., Ste. 1200<br>Costa Mesa, CA 92626-1925 | Defendant PAR, Inc. |
| Victor A. Groia<br>LAW OFFICES OF ZIMMERMAN & KAHANOWITCH<br>21700 Oxnard Street, Suite 1890<br>Woodland Hills, CA 91367 | Defendant William Gardiner dba Reliable Recovery Solution as Doe Defendant |
| P. Patty Li<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Attorneys for the State of California, acting by and through the Bureau of Security and Investigative Services, in the Department of Consumer Affairs |

I served the document:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 13, 2016 at Beverly Hills, California.

/s/
Brandon Block