TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (State Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: (310) 887-1440
Facsimile: (310) 496-1420

Attorneys for Plaintiff
BARBARA A. CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BARBARA A. CLARK, | Case No. 2:15-CV-02322 MWF (FFMx) |
|---|---|
| Plaintiff, | Hon. Michael W. Fitzgerald, Crtrm. 1600 |
| vs. | **NOTICE OF LODING REDACTED EXHIBITS TO APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Barbara Clark hereby lodges the redacted exhibits in support of her application for leave to file under seal (Dkt. No. 77).

Dated: December 13, 2016         Respectfully submitted,

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

_____/s/_____
Brandon A. Block

Attorneys for Plaintiff
BARBARA CLARK

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document and exhibits to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| David M. Lester<br>Donald E. Bradley<br>Musick, Peeler & Garrett LLP<br>650 Town Center Dr., Ste. 1200<br>Costa Mesa, CA 92626-1925 | Defendant PAR, Inc. |
| Victor A. Groia<br>LAW OFFICES OF ZIMMERMAN & KAHANOWITCH<br>21700 Oxnard Street, Suite 1890<br>Woodland Hills, CA 91367 | Defendant William Gardiner dba Reliable Recovery Solution as Doe Defendant |
| P. Patty Li<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Attorneys for the State of California, acting by and through the Bureau of Security and Investigative Services, in the Department of Consumer Affairs |

I served the document:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 13, 2016 at Beverly Hills, California.

/s/
Brandon Block