**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

David M. Lester (State Bar No. 119966)
  d.lester@mpglaw.com
Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Defendant PAR, INC. dba
PAR NORTH AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK, | Case No. 2:15-CV-02322 MWF (FFMx) |
| Plaintiff, | Hon. Michael W. Fitzgerald, Crtrm. 5A |
| vs. | **DECLARATION OF DONALD E. BRADLEY IN RESPONSE TO COURT'S DECEMBER 15, 2016 ORDER PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| PAR, INC. dba PAR NORTH AMERICA, COUNTRY WIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Donald E. Bradley, declare as follows:

1. I am an attorney at law, licensed to practice in all the courts of the State of California, and I am a partner in the law firm of Musick, Peeler & Garrett LLP, attorneys of record herein for defendant PAR, Inc. dba PAR North America ("PAR"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto under oath.

2. On December 15, 2016, the Court granted an application to file three documents under seal and denied the application with respect to two other documents. The Court specifically noted that the denial was without prejudice to allow Plaintiff to refile her Application with the proper showing of "compelling reasons" to allow the filing under seal.

3. One of the Exhibits that was denied filing under seal, Exhibit 3, is PAR NORTH AMERICA's VIPR training manual. VIPR is the computer program that PAR uses in its forwarding business and the manual sets forth procedures and methodologies that are unique to PAR. The document is proprietary and not otherwise available to either the public or PAR's competitors. PAR invested substantial time and resources developing this program, and permitting public access to this document would give PAR's competitors the opportunity to copy or otherwise use these procedures and data, thereby taking unfair advantage of PAR's industry. Further, PAR's competitors would be privy to PAR's confidential marketing strategy, and could use this to undermine PAR's position in the marketplace. Based on the foregoing, PAR has shown compelling reasons to file the document under seal.

4. The second document for which the Court denied Plaintiff's request to file under seal is PAR's regulatory compliance policy (Exhibit 4). This document also contains proprietary information regarding PAR's compliance with numerous regulations that apply to its forwarding business. PAR expended significant resources developing its compliance policy and believes that it has developed a policy for complying with numerous applicable laws that is more efficient than those of its competitors. PAR further maintains the confidentiality of this policy so that its competitors may not avail themselves of PAR's efforts to develop this proprietary policy. PAR therefore requests that the Court allow this document to be filed under seal.

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1024100.1

2

DECLARATION OF DONALD E. BRADLEY IN RESPONSE TO COURT'S DECEMBER 15, 2016 ORDER PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL

1  I declare under penalty of perjury pursuant to the laws of the United States of
2 America and the State of California that the foregoing is true and correct.  Executed
3 this 19th day of December, 2016, at Costa Mesa, California.

                                                          */s/ Donald E. Bradley*
                                                          Donald E. Bradley

MUSICK, PEELER  
& GARRETT LLP  
ATTORNEYS AT LAW

1024100.1

3

DECLARATION OF DONALD E. BRADLEY IN RESPONSE TO COURT'S DECEMBER 15, 2016 ORDER PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On December 19, 2016, I served true copies of the following document(s) described as **DECLARATION OF DONALD E. BRADLEY IN RESPONSE TO COURT'S DECEMBER 15, 2016 ORDER PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 19, 2016, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1024100.1

4

DECLARATION OF DONALD E. BRADLEY IN RESPONSE TO COURT'S DECEMBER 15, 2016 ORDER PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL

# SERVICE LIST

| | |
|---|---|
| Alexander B. Trueblood<br>TRUEBLOOD LAW FIRM<br>10940 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA  90024<br>Phone:  (310) 443-4139<br>Fax:      (310) 943-2255<br>Email:  alec@hush.com;<br>atrueblood@pacernotice.com<br>*Attorneys for Plaintiff* | Brandon A. Block<br>LAW OFFICES OF BRANDON A. BLOCK<br>433 North Camden Drive, Suite 600<br>Beverly Hills, CA  90210<br>Phone:  (310) 887-1440<br>Fax:      (310) 496-1420<br>Email: brandon@bblocklaw.com<br>*Attorneys for Plaintiff* |
| P. Patty Li<br>OFFICE OF THE ATTORNEY GENERAL<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-1577<br>Phone:  (415) 703-2000<br>Email:  Patty.Li@doj.ca.gov<br>*Attorneys for State of California*<br>**BY MAIL** | Victor Groia<br>ZIMMERMAN & KAHANOWITCH<br>21700 Oxnard Street, Suite 1890<br>Woodland Hills, CA  91367<br>Phone:  (818) 710-7777<br>Fax:      (818) 710-7778<br>Email:  vgroia@zimkalaw.com;<br>*Attorneys for William Gardiner dba Reliable Recovery Solutions* |

1024100.1

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

5

DECLARATION OF DONALD E. BRADLEY IN RESPONSE TO COURT'S DECEMBER 15, 2016 ORDER PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL