VEDDER PRICE (CA), LLP
CHRISTOPHER R. RAMOS (SB# 301556)
cramos@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

VEDDER PRICE P.C.
BLAINE C. KIMREY *(Pro hac vice pending)*
bkimrey@vedderprice.com
JEANAH PARK *(Pro hac vice pending)*
jpark@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
F: +1 312 609 5005

*Attorneys for Defendant PAR, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BARBARA A. CLARK,

Plaintiff,

v.

PAR, INC. dba PAR NORTH AMERICA, COUNTRYWIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:15-cv-02322-MWF-FFM

**PAR, INC. DBA PAR NORTH AMERICA'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY ACTION**

Hon. Michael W. Fitzgerald

Date: February 27, 2017
Time: 10:00 a.m.
Courtroom: 5A

Trial Date: September 26, 2017
Action Filed: March 28, 2015

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant PAR, Inc. dba PAR North America ("PAR") moves, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (the "FAA"), for an Order compelling plaintiff Barbara A. Clark ("Plaintiff") to arbitrate her claims in this action on an individual basis and to stay this case pending the outcome of arbitration.

This Motion is made on the following grounds: (1) PAR recently discovered that a valid, enforceable and irrevocable agreement exists between Plaintiff and PAR, as an agent of Wilshire Consumer Credit, that encompasses Plaintiff's claims; (2) pursuant to the FAA, upon election by either Plaintiff or PAR, Plaintiff must arbitrate her claims as required by the express terms of the arbitration agreement; (3) any claim is to be arbitrated on an individual basis and not as a class action; and (4) the instant action should be stayed pending completion of the arbitration.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Blaine Kimrey, Declaration of John Schwartz, Declaration of Donald Bradley, Declaration of Tim Massingale and all papers and pleadings on file in this action and upon such other and further evidence and argument as may be presented to the Court in connection with this Motion.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

This Motion is made after the conference of counsel pursuant to Local Rule 7-3, which took place on January 20 and 24, 2017. (Declaration of Blaine Kimrey ¶¶ 4-9.)

Dated: January 27, 2017

VEDDER PRICE (CA), LLP
BLAINE C. KIMREY
JEANAH PARK
CHRISTOPHER R. RAMOS

By: *\/s\/ Christopher R. Ramos*
CHRISTOPHER R. RAMOS

*Attorneys for Defendant*
*PAR, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on January 27, 2017, a copy of the foregoing **DEFENDANT PAR, INC. DBA PAR NORTH AMERICA'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY ACTION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF system.

*/s/ Christopher R. Ramos*