STAYED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA A. CLARK,<br><br>          Plaintiff,<br><br>    v.<br><br>PAR, INC. dba PAR NORTH AMERICA, COUNTRYWIDE TOWING, INC. dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-02322-MWF-FFM<br><br>**ORDER GRANTING JOINT *EX PARTE* APPLICATION BY DEFENDANTS PAR, INC. DBA PAR NORTH AMERICA AND COUNTRYWIDE TOWING, INC. DBA RELIABLE RECOVERY SOLUTIONS FOR AN ORDER STAYING PROCEEDINGS PENDING A FINAL DECISION ON PAR'S MOTION TO COMPEL ARBITRATION** |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING
JOINT EX PARTE APPL.
2:15-CV-02322-MWF-FFM

# ORDER

The Court, having considered the parties' respective arguments and briefing and GOOD CAUSE appearing therefor, hereby GRANTS the Joint *Ex Parte* Application by Defendants PAR, Inc. dba PAR North America and Countrywide Towing, Inc. dba Reliable Recovery Solutions for an Order Staying Proceedings Pending A Final Decision on PAR's Motion to Compel Arbitration. It is therefore ORDERED that:

1. The Joint *Ex Parte* Application is GRANTED.
2. This action is stayed pending further order of Court.

**IT IS SO ORDERED.**

Dated: February 3, 2017 By: _____
Hon. Michael W. Fitzgerald
United States District Judge

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

[PROPOSED] ORDER GRANTING
JOINT EX PARTE APPL.
2:15-CV-02322-MWF-FFM

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, a copy of the foregoing **[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION BY DEFENDANTS PAR, INC. DBA PAR NORTH AMERICA AND COUNTRYWIDE TOWING, INC. DBA RELIABLE RECOVERY SOLUTIONS FOR AN ORDER STAYING PROCEEDINGS PENDING A FINAL DECISION ON PAR'S MOTION TO COMPEL ARBITRATION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/     Blaine C. Kimrey

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CERT. OF SERVICE OF [PROPOSED]
ORDER RE JOINT EX PARTE APPL.
2:15-CV-02322-MWF-FFM