1  TRUEBLOOD LAW FIRM
   ALEXANDER B. TRUEBLOOD (State Bar No. 150897)
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone: (310) 443-4139
   Facsimile: (310) 943-2255
4
   LAW OFFICES OF BRANDON A. BLOCK
5  A PROFESSIONAL CORPORATION
   BRANDON A. BLOCK (State Bar No. 215888)
6  433 North Camden Drive, Suite 600
   Beverly Hills, California 90210
7  Telephone: (310) 887-1440
   Facsimile: (310) 496-1420
8
   Attorneys for Plaintiff
9  BARBARA A. CLARK

10                UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  BARBARA A. CLARK,                  | Case No. 2:15-CV-02322 MWF (FFMx)

14         Plaintiff,                   | Hon. Michael W. Fitzgerald, Crtrm. 5A

15     vs.                             | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE PENDING COMPLETION OF SETTLEMENT**

16  PAR, INC. dba PAR NORTH
    AMERICA, COUNTRY WIDE
17  TOWING, INC. dba RELIABLE
    RECOVERY SOLUTIONS, and DOES   | Action Filed:  March 28, 2015
18  1 through 10, inclusive          | Trial Date:    None Set

19         Defendants.

20

21

22

23

24

25

26

27

28

                                    1

**TO THE COURT:**

Pursuant to Local Rule 16-15.7, the parties hereby jointly notify the Court that they have reached a settlement of this entire action. The settlement should be completed within the next 45 days. The parties respectfully request that the Court allow 60 days for plaintiff to file a stipulation of dismissal, and that the Court vacate all dates and stay this action pending the anticipated dismissal.

Dated: May 15, 2017                 TRUEBLOOD LAW FIRM

                                    /s/
                                    Alexander B. Trueblood

Dated: May 15, 2017                 LAW OFFICES OF BRANDON A. BLOCK
                                    A PROFESSIONAL CORPORATION

                                    /s/
                                    Brandon A. Block

                                    Attorneys for Plaintiff
                                    BARBARA CLARK

Dated: May 15, 2017                 VEDDER PRICE LLP

                                    /s/
                                    Blaine Kimrey

                                    Attorneys for Defendant PAR, INC. dba
                                    PAR NORTH AMERICA

Dated: May 15, 2017                 ZIMMERMAN & KAHANOWITCH
                                    A PROFESSIONAL CORPORATION

                                    /s/
                                    Victor A. Groia

                                    Attorneys for Defendant WILLIAM
                                    GARDINER dba RELIABLE
                                    RECOVERY SOLUTIONS

I, Brandon A. Block, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                    /s/
                                    Brandon A. Block