UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 15-2322-MWF(FFMx)**  Dated: **May 17, 2017**

Title: Barbara A. Clark -*v*- PAR, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present   None Present

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

In light of the Notice of Settlement filed May 15, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 26, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.