TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: (310) 887-1440
Facsimile: (310) 496-1420

Attorneys for Plaintiff
BARBARA CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. CLARK, | Case: 2:15-CV-02322 MWF (FFMx) |
| vs. | **JOINT STIPULATION OF DISMISSAL** |
| PAR, INC. dba PAR NORTH AMERICA, WILLIAM GARDNER dba RELIABLE RECOVERY SOLUTIONS, and DOES 1 through 10, inclusive, | Hon. Michael W. Fitzgerald |

The parties to this action hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed: (1) with prejudice, as to all claims raised or that could have been raised by Plaintiff Barbara Clark, and (2) without prejudice as to other members of the putative class. All parties shall bear their own attorneys' fees and costs.

SO AGREED.

Dated: June 14, 2017        TRUEBLOOD LAW FIRM

　　　　　　　　　　　　　　　　　*/s/ Alexander B. Trueblood*
　　　　　　　　　　　　　　　　　Alexander B. Trueblood
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　BARBARA CLARK

Dated: June 14, 2017        VEDDER PRICE PC

　　　　　　　　　　　　　　　　　*/s/ Blaine C. Kimrey*
　　　　　　　　　　　　　　　　　Blaine C. Kimrey
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　PAR, INC.

Dated: June 14, 2017        ZIMMERMAN & KAHANOWITCH

　　　　　　　　　　　　　　　　　*/s/ Brian F. Zimmerman*
　　　　　　　　　　　　　　　　　Brian F. Zimmerman
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　WILLIAM GARDNER DBA RELIABLE
　　　　　　　　　　　　　　　　　RECOVERY SOLUTIONS